# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ARTHUR J. THIEL

NO. 2022 KW 0218

**JUNE 21, 2022**

---

In Re:   Arthur J. Thiel, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 572,219.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **JMG**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT